**MEDIA SPACE, INC., Petitioner–Appellee,**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent–Appellant.**

**No. 11–2140.**

United States Court of Appeals, Second Circuit.

Sept. 13, 2012.

Arthur T. Catterall, for Dept. of Justice–Appellate Section/Tax Division, Washington, D.C., for Appellant.

Dustin F. Hecker, Posternak Blankstein & Lund LLP, Boston, MA, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, GUIDO CALABRESI, SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

The Commissioner appeals the Tax Court's order allowing Media Space to partially deduct forbearance payments as ordinary and necessary business expenses in its 2004 and 2005 tax returns. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

■ As Media Space represented in its April 4, 2012 filing with this Court, "Media Space paid the full amount due with respect to the tax years at issue on this appeal in September 2011." Notice of Payment of Amounts at Issue on Appeal and, Alternatively, Request to Postpone Oral Argument (Dkt. No. 98) (Apr. 4, 2012). Because Media Space's alleged tax deficiencies have been paid in full, no case or controversy exists and this case is moot. *See, e.g., Camreta v. Greene,* —— U.S. ——, 131 S.Ct. 2020, 2028, 179 L.Ed.2d 1118 (2011).

■ The Commissioner argues that this Court should nonetheless address the legal questions presented in this appeal. We decline to do so, because a federal court may not "decide the merits of a legal question not posed in an Article III case or controversy." *U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship,* 513 U.S. 18, 21, 115 S.Ct. 386, 130 L.Ed.2d 233 (1994).

■ When a case is moot on appeal, the "established practice" of federal courts is to "vacate the judgment below and remand with a direction to dismiss." *United States v. Munsingwear, Inc.,* 340 U.S. 36, 39, 71 S.Ct. 104, 95 L.Ed. 36 (1950); *see also Russman v. Bd. of Educ. of Enlarged City Sch. Dist.,* 260 F.3d 114, 121 (2d Cir.2001).

Finding no merit in the Commissioner's remaining arguments, we hereby **VACATE** the order of the Tax Court and **REMAND** the case with instructions to dismiss the petition.